IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re:  MICHAEL TRENT WILSON | ] | No. 13-15248 |
| | ] | |
| Debtor, | ] | Chapter 7 |
| | | |
| BANK 7, a state banking association and acquirer of First State Bank of Camargo through FDIC receivership, | ] ] ] ] | |
| Plaintiff, | ] ] | |
| v. | ] ] | Adv. No. 14-01011 |
| MICHAEL TRENT WILSON, | ] ] | |
| Defendant. | ] | |

### NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS IN AN ADVERSARY PROCEEDING

TO:   Bret D. Davis
Lamun Mock Cunnyngham & Davis, P.C.
5613 N. Classen Boulevard
Oklahoma City, OK  73118-1295
Bdavis@lamunmock.com

**PLEASE TAKE NOTICE** that pursuant to Rule 7034 of the Federal Rules of Bankruptcy Procedure and Rule 45 of the Federal Rules of Civil Procedure, the Plaintiff, Bank 7, will serve a Subpoena to Produce Documents, Information or Objects in an Adversary Proceeding on the following:

Wheeler Feed Yard, Inc.

1

requiring it to produce the following described documents:

**All documents regarding all cattle transactions (including but not limited to the purchase, sale, feeding, financing and/or trucking of cattle), occurring between January 1, 2010, and the present, with/involving: Trent Wilson, Flakey Wilson and/or F&E Wilson Family, L.L.C.**

Said documents are to be delivered to Lemon, Shearer, Phillips & Good, P.C., P.O. Box 1066, 315 S. Main, Perryton, TX 79070, on April 9, 2014, at 1:30 p.m.

s/ Brendon S. Atkinson
Brendon S. Atkinson, OBA #19396
Gungoll, Jackson, Box & Devoll, P.C.
323 West Broadway
Post Office Box 1549
Enid, Oklahoma 73702-1549
Telephone 580/234-0436
Facsimile 580/233-1284
atkinson@gungolljackson.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2014, a true and correct copy of the foregoing Notice of Subpoena was electronically served using the CM/ECF system, namely:

| | |
|---|---|
| **Bret D. Davis** | bdavis@lamunmock.com |
| **Susan J. Manchester** | susanmanchester@sbcglobal.net |
| **U.S. Trustee** | Ustpregion20.oc.ecf@usdoj.gov |

/s/ Brendon S. Atkinson
Brendon S. Atkinson

2