IN THE UNITED STATES BANKRUPTCY COURT WITHIN AND FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE:  MICHAEL TRENT WILSON, | ) | |
| | ) | |
| DEBTOR. | ) | CASE NO. 13-15248 SAH |
| | ) | |
| | ) | CHAPTER 7 |
| BANK 7, a state banking association and acquirer of First State Bank of Camargo through FDIC receivership, | ) ) ) ) ) | |
| PLAINTIFF, | ) ) | |
| v. | ) ) | ADV. 14-01011 |
| MICHAEL TRENT WILSON, | ) ) | |
| DEFENDANT. | ) | |

**DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT**

**COMES NOW,** Defendant, Michael Trent Wilson, and amends the Response to Trustee's Motion for Summary Judgment only to correct a typographical error in the title of the document to read "Defendant's Amended Response to Plaintiff's Motion for Summary Judgment and Brief in Support."  The Amended Response adopts and incorporates the Response to Plaintiff's Motion for Summary Judgment.  [Doc. 28].

/s/ Bret D. Davis
Bret D. Davis, OBA No. 15079
LAMUN MOCK CUNNYNGHAM & DAVIS, P.C.
5613 N. Classen Blvd.
Oklahoma City, Oklahoma  73118
(405) 840-5900 phone  (405) 842-6132 fax
Bdavis@lamunmock.com
ATTORNEYS FOR DEFENDANT, MICHAEL TRENT WILSON

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of July, 2014, I electronically transmitted the foregoing Defendant's Amended Response to Plaintiff's Motion for Summary Judgment and Brief in Support, to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Brendon S. Atkinson, Esq.
**Atkinson@gungolljackson.com**
Attorney for Plaintiff

Susan J. Manchester, Esq., Trustee
**Susanmanchester@sbcglobal.net**

U.S. Trustee
Ustpregion20.oc.ecf@usdoj.gov

                                            /s/ Bret D. Davis
                                            Bret D. Davis, OBA No. 15079