GTE4-1-2.WK1 — Portion 3

# FARM AND HOME PLAN

**NAME:** WILSON, TRENT
**Faculty or Tax ID NO.:** 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
**Telephone Number:** 580-039-2488

| Age of persons in household | Applicant | Spouse | Sons | Daughters | Others |
|---|---|---|---|---|---|
| | 9/10/1962 | 8/27/1910 | 1.00 | 1.00 | |

**DATE OF BALANCE SHEET:** 10/10/00
**ACRES OWNED TOTAL:** 60.00   **CROP:** 0.00

**PERIOD COVERED BY PLAN:**
FROM 12/1/00   THRU 11/30/10

## A. BALANCE SHEET

| CURRENT FARM ASSETS | | | | $VALUE | CURRENT FARM LIABILITIES | Pmt Due | $AMOUNT |
|---|---|---|---|---|---|---|---|
| Cash Savings: ($ ) Ckg:$ | | | | $0 | Accts & Notes Pay (Creditor & Due Date) | | |
| Other Investm Cert($ ) Other:$ | | | | $0 | FSB(81460) | | $35,488 |
| Accounts and Notes Receivable: | | | | | FSB(81470) | | $246,277 |
| Crops and Feed | Units | Value/Unit | | | FSB(81471) | | $78,421 |
| | | | | $0 | FSB(81472) | | $43,038 |
| | | | | $0 | FSB(85273) | | $11,750 |
| | | | | $0 | FSB(85532) | | $30,007 |
| | | | | $0 | FSB(88224) | | $35,207 |
| Lvstk to be sold | Units | Unit Wt | Value/Unit | | FSB(80770) | | $10,774 |
| RS STOCK(ST/HFR) | 170.00 | 625.00 | 1.00 | $111,875 | FSB(07114) | | $32,463 |
| RS STOCK(ST/HFR) | 119.00 | 550.00 | 1.04 | $90,000 | CHASE(4185773823B384) | | $2,165 |
| RS STOCK(ST/HFR) | 02.00 | 775.00 | 0.97 | $99,181 | B OF A(6490358454716253) | | $10,000 |
| RS STOCK(ST) | 82.00 | 700.00 | 0.090 | $36,826 | APPLIED BANK(2 CC) | | $9,085 |
| | | | | | CAPITOL ONE(CC) | | $3,110 |
| | | | | $0 | CCC Loan(Security             ) (DUE DATE     ) | | |
| | | | | $0 | Current Portion of Principal Due on: | | |
| | | | | | Intermediate Liabilities | | |
| | | | | | Long Term Liabilities | | |
| Growing Crops | Acres | Cost/Acre | | | Accrued Interest on: | | |
| WHEAT | 225.00 | 30.00 | | $8,750 | Accounts and Notes Payable | | |
| | | | | | Intermediate Liabilities | | |
| | | | | | Long Term Liabilities | | |
| | | | | | Accrued Taxes | | |
| Supplies & Prepaid Expenses | | | | | Income Tax & Social Security | | |
| Leases | | | | | Other (Judgments, liens, etc) | | |
| Other | | | | | Accrued Rent/Lease Payments | | |
| **TOTAL CURRENT FARM ASSETS** | | | | **$312,600** | **TOTAL CURRENT FARM LIABILITIES** | | **$550,671** |

| INTERMEDIATE FARM ASSETS | | | | | INTERMEDIATE FARM LIABILITIES (portion due beyond 12 months) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Accounts & Notes Receivable beyond 12 months | | | | | Creditor | Due Date | Int.Rate | Amt.Del. | |
| Breeding Livestock | Units | Value/Unit | | | AHM(HONDA)($92/MO) | MO | 19.20 | | $3,330 |
| | | | | $0 | HARRIS($611/MO, VEHICLE) | 72 MO | 0.65 | 0.00 | $31,564 |
| | | | | $0 | | | | | |
| | | | | $0 | | | | | |
| | | | | $0 | | | | | |
| Machinery, Equipment, Vehicles | | | | $75,500 | | | | | |
| Cash Value, Life Ins, (Face Amt. $  ) | | | | $0 | CCC Grain Reserve | | | | |
| CCC Grain Rest (Qty.       )(Val/Unit  ) | | | | $0 | Facilities | Pmt. $ | | | |
| Coop Stock | | | | $0 | Loan Secured by Life Insurance | | | | |
| Other | | | | $0 | Other | | | | |
| **TOTAL INTERMEDIATE FARM ASSETS** | | | | **$75,500** | **TOTAL INTERMEDIATE FARM LIABILITIES** | | | | **$34,894** |

| LONG TERM FARM ASSETS (Farm Real Estate) | | | | LONG TERM FARM LIABILITIES (portions due beyond 12 months) | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Acres | Date Pur | Cost | | Creditor | Due Date | Int.Rate | Amt.Del. | |
| 80 ACRE ELLIS CO RE & HOME | | 101600.00 | | | | | | |
| 160 ACRES PLEDGED ELLIS CO RE | | 134000.00 | | | | | | |
| Coop Stock | | | | | | | | |
| Equity In Prtnshp/Corp/Jt Oper/Coop | | | | | | | | |
| Other | | | | Other | | | | |
| **TOTAL LONG TERM FARM ASSETS** | | 235500.00 | | **TOTAL LONG TERM FARM LIABILITIES** | | | | **$0** |
| **TOTAL FARM ASSETS** | | 623600.00 | | **TOTAL FARM LIABILITIES** | | | | |

**DEFENDANT'S EXHIBIT** 2

**EXHIBIT** 12

Form FmHA 431-2   A. BALANCE SH   (continued)

NAME OF APPLICANT/BORROWER:

| NONFARM ASSETS | $ VALUE | NONFARM LIABILITIES | | | | $ AMOUNT |
|---|---|---|---|---|---|---|
| Real Estate | | Nonfarm accounts payable | | | | |
| Car, Rec. Vehicles, etc. | | | | | | |
| Household goods | $5,000 | | | | | |
| Cash value of Life Ins. | | Nonfarm notes payable | | | | |
| Stocks, bonds, and other | | | Due Date | Int. Rate | Annual Instal. | Principal Balance |
| Nonfarm Business | | Name of Creditor | | | | |
| 2 HORSES | $1,500 | | | | | |

| TOTAL NONFARM ASSETS | $6,500 | NET WORTH | $44,515 |
|---|---|---|---|
| TOTAL ASSETS | 030180.00 | TOTAL LIAB. AND NET WORTH | $830,180 |

The above information is furnished for the purpose of securing and maintaining credits and is certified to be complete and correct. The undersigned authorizes the FmHA to make all inquiries deemed necessary to verify the accuracy of the information contained above to determine my credit-worthiness and to answer questions about their credit experience with me. I agree to notify FmHA promptly to any material changes to the above. I recognize that making any false statement on this Farm and Home Plan or any other loan document may constitute a violation of criminal law.

Signature of Applicant/Borrower/Entity Member: *[signatures: Trent Wilson, Sharon Wilson]*   Date: 11/4/09

1. Total of Cash On Hand, Crops and Livestock for Immediate Sale, and Income To Be Received In Immediate Future
2. Debts and Expenses We Will Pay From Above Cash and Income (Itemize)
3. Cash Carry-Over for Next Year's Operations After Paying These Debts   0.00

| | Beginning of Year | End of Year | Incr. or Decr. (FmHA use only) |
|---|---|---|---|
| 4. Net Worth (Total Prop. Owned Minus Total All Debts) | | | |
| 5. Total Land Debt | | | |
| 6. Total Debts Other Than Land | | | |

B. RENTAL AND LEASE INFORMATION

| Land-General Description | Landlord | Acres Total | Cpp | Type of Lease | | Annual Cash Rent | CROP SHARE | EXP. DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | SEE ATTATCHED SCHEDULE | | | | |
| | TOTAL | | | | TOTAL: | | | |

| Other Items-Description | Owner | No. of Units | Type of Lease | | Annual Payment | Exp. Date |
|---|---|---|---|---|---|---|
| | | | | | | |

NOTE: All "Actual" data to be completed by end of crop year.

C. IMPROVEMENTS AND KEY PRACTICES - FARM, HOME AND FINANCIAL MANAGEMENT

| Crops; Soil; Livestock; Financial Mgt.; Maint.; Repairs; Food Prod. and Conservation; Health, Home, Environ., Community and Rural Dev. Activities, Etc. | When To Do It | Source of Funds | ACTUAL ACCOMPLISHMENTS |
|---|---|---|---|
| | | | |

Type of Analysis:   Month

OTB4-34.WK1
Form FmHA 431-2 Pg 3 -
NAME OF APPLICANT/BORROWER:     WILSON, TRENT     WITH OUT INTEREST ASSISTANCE     YEAR #1 & TYPICAL

### D. CROPS, PASTURE, ETC. - PRODUCTION AND SALES

| | CROPS, PASTURE, SET-ASIDE PROGRAM PAYMENTS, ETC. | PLANNED | | | | | | ACTUAL | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ACRES | YIELD PER ACRE | OPERATOR'S SHARE | | | | ACRES | YIELD PER ACRE | OPERATOR'S SHARE | | | | CASH INCOME |
| | | | | FARM USE | UNITS FOR SALE | @ | DOLLAR SALES | | | FARM USE | HELD FOR SALE | SOLD | @ | |
| 1. | WHEAT | 224.00 | GRAZE OUT OR HAY | | 0.00 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 |
| 2. | | | | | 0.00 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 |
| 3. | | | | | 0.00 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 |
| 4. | | | | | 0.00 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 |
| 5. | | | | | 0.00 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 |
| 6. | | | | | 0.00 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 |
| 7. | | | | | 0.00 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 |
| 8. | | | | | 0.00 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 |
| 9. | FARMSTEAD, GARDEN AND ROADS | | | | 0.00 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 |
| 10. | SUB-TOTAL | | | | 0.00 | | 0.00 | | | | 0.00 | 0.00 | | 0.00 |
| 11. | ASCS | | | | 0.00 | | 1334.00 | | | | 0.00 | 0.00 | | 0.00 |
| 12. | TOTAL(ENTER TABLE J, LINE 1) | | | | | | 1334.00 | | | | | | | 0.00 |

### E. LIVESTOCK AND PRODUCTS - PRODUCTION SALES

| | LIVESTOCK AND PRODUCTS AND WOOL-MOHAIR PROGRAM PAYMENTS | PLANNED | | | | | | ACTUAL | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NO. | PROD. PER ANIMAL | OPERATOR'S SHARE | | | | NO. | PROD. PER ANIMAL | OPERATOR'S SHARE | | | | CASH INCOME |
| | | | | FARM USE | UNITS FOR SALE | @ | DOLLAR SALES | | | FARM USE | HELD FOR SALE | SOLD | @ | |
| 1. | STOCKER(ST/HFR, ON HAND, SELL DEC) | 92.00 | 775.00 | | 71300.00 | 0.93 | 66309.00 | | | | | 0.00 | | 0.00 |
| 2. | STOCKER(ST/HFR, ON HAND, SELL DEC) | 82.00 | 750.00 | | 61500.00 | 0.93 | 57195.00 | | | | | 0.00 | | 0.00 |
| 3. | STOCKER(ST/HFR, ON HAND, SELL DEC) | 179.00 | 675.00 | | 120825.00 | 0.93 | 112367.25 | | | | | 0.00 | | 0.00 |
| 4. | STOCKER(ST/HFR, ON HAND, SELL FEB) | 119.00 | 675.00 | | 80325.00 | 0.930 | 74702.25 | | | | | 0.00 | | 0.00 |
| 5. | STOCKERS PURCHASED DEC SELL MAY | 177.00 | 675.00 | | 119475.00 | 0.93 | 111111.75 | | | | | 0.00 | | 0.00 |
| 6. | STOCKERS PURCHASED DEC SELL JUNE | 176.00 | 675.00 | | 118800.00 | 0.93 | 110484.00 | | | | | 0.00 | | 0.00 |
| 7. | STOCKERS PURCHASED JAN SELL JULY | 49.00 | 675.00 | | 33075.00 | 0.93 | 30759.75 | | | | | 0.00 | | 0.00 |
| 8. | STOCKERS PURCHASED FEB SELL AUG | 49.00 | 675.00 | | 33075.00 | 0.930 | 30759.75 | | | | | 0.00 | | 0.00 |
| 9. | STOCKERS PURCHASED MAR SELL SEPT | 49.00 | 675.00 | | 33075.00 | 0.93 | 30759.75 | | | | | 0.00 | | 0.00 |
| 10. | STOCKERS PURCHASED MAY SELL OCT | 345.00 | 675.00 | | 232875.00 | 0.93 | 216573.75 | | | | | 0.00 | | 0.00 |
| 11. | STOCKERS PURCHASED JUNE SELL NOV | 72.00 | 675.00 | | 48600.00 | 0.93 | 45198.00 | | | | | 0.00 | | 0.00 |
| 12. | TOTAL(ENTER TABLE J, LINE 2) | | | | | | 886220.25 | | | | | | | |

OTE4-4.WK1 - YEAR #1
Form FmHA 431-2, Pg 4     NAME OF APPLIC/BORROWER: WILSON, TRENT     WITHOUT INTEREST AS NCI YEAR #1 & TYPICAL

| F. CASH FAMILY LIVING EXPENSES | OTHER CREDIT NEEDED | FmHA CREDIT NEEDED | PLANNED EXPENSES | ACTUAL EXPENSES | H. CAPITAL EXPENDITURES | OTHER CREDIT NEEDED | FmHA CREDIT NEEDED | PLANNED EXPENSES | ACTUAL EXPENSES |
|---|---|---|---|---|---|---|---|---|---|
| HOUSEHOLD OPNG | | | | | FSB(PROPOSED FO GTE) | 235000.00 | | 235000 | |
| FOOD INCL. LUNCHES | | | | | FSB(PROPOSED OL GTE) | 40000.00 | | 40000 | |
| FURNITURE & OTHER | | | | | | | | | |
| TOTAL | 0.00 | 0.00 | 37200.00 | 0.00 | | | | | |
| | OTHER CREDIT NEEDED | FmHA CREDIT NEEDED | PLANNED EXPENSES | ACTUAL EXPENSES | DEBTS REFINANCED (TABLE A) TOTAL | 275000.00 | 0.00 | 275000 | 0.00 |
| G. CASH FARM OPERATING EXPENSES | | | | | I. CREDIT FOR: | OTHER | FmHA | PLANNED | ACTUAL |
| HIRED LABOR | | | 0.00 | 0.00 | FAMILY LIVING | | | | |
| MACHINERY REPAIR | | | 12000.00 | 0.00 | FARM OPERATING | 369100.00 | | 369100 | |
| FARM BLDG & FENCE REPR | | | 0.00 | 0.00 | CAPITAL EXPENDITURES | 275000.00 | | 275000 | |
| INTEREST | | | 52022.00 | 0.00 | TOTAL | 644100.00 | 0.00 | 644100 | 0.00 |
| RENT | | | 20100.00 | 0.00 | J. SUMMARY OF YEAR'S BUSINESS | | | PLANNED | ACTUAL |
| FEED | | | 40000.00 | 0.00 | | | | | |
| SEED | | | 500.00 | 0.00 | 1. CROP INCOME (Table D) | | | 0 | |
| FERTILIZER | | | 0.00 | 0.00 | 2. LIVESTOCK INCOME (Table E) | | | 886220 | |
| PEST. & SPRAY MTRLS | | | 0.00 | 0.00 | 3. CONS. PYMTS. & OTHER FARM INCOME-CUSTOM | | | 1334 | 0.00 |
| OTHER SUPPLIES | | | 1200.00 | 0.00 | 4. TOTAL CASH FARM INCOME (1,2,and3) | | | 887554 | 0.00 |
| LIVESTOCK EXPENSE | | | 12000.00 | 0.00 | 5. CASH FARM OPERATING EXPENSES (Table G) | | | 614665 | 0.00 |
| MACHINERY HIRE | | | 6000.00 | 0.00 | 6. NET CASH FARM INCOME (4 Minus 5) | | | 272889 | 0.00 |
| FUEL AND OIL | | | 23400.00 | 0.00 | 7. NON-FARM INCOME | | | 18866 | |
| PERSONAL PROP. TAX | | | 0.00 | 0.00 | 8. TOTAL NET CASH FARM&NON-FARM INCOME (6 Plus 7) | | | 291755 | 0.00 |
| REAL ESTATE TAXES | | | 2000.00 | 0.00 | 9. CASH FAMILY LIVING EXPENSES (Table F) | | | 37200 | 0.00 |
| RURAL WATER | | | 0.00 | 0.00 | 10. NET CASH INCOME (8 Minus 9) | | | 254555 | 0.00 |
| PROPERTY INSURANCE | | | 3200.00 | 0.00 | 11. CASH CARRY-OVER (Page 2, Line 3) | | | 0 | |
| LEGAL & ACCT | | | 1000.00 | 0.00 | 12. LOANS AND OTHER CREDIT (Table I) | | | 644100 | 0.00 |
| UTILITIES | | | 3600.00 | 0.00 | 13. INTEREST (Table G) | | | 52022 | 0.00 |
| MISC | | | 2400.00 | 0.00 | 14. TOTAL AVAILABLE (10,11,12 and 13) | | | 950677 | 0.00 |
| LVSK (9351D @ 4751I @ 0.98) | | | 435243.00 | 0.00 | 15. CAPITAL EXPENDITURES (Table H) | | | 275000 | 0.00 |
| CRNT OPNG BILLS (TBLE A) | | | | 0.00 | 16. BALANCE AVAILABLE (14 Minus 15) | | | 675677 | 0.00 |
| TOTAL | 369100.00 | 0.00 | 614665.00 | 0.00 | 17. GROSS CASH INCOME (4 Plus 7) | | | 906420 | 0.00 |

| K. DEBT REPAYMENT | AMOUNT DUE THIS YEAR (PRIN. & INT.) | | PLANNED | | | ACTUAL AMOUNT PAID |
|---|---|---|---|---|---|---|
| TO WHOM OWNED | | | PRIN. AND INT. TO BE PAID | DATE | SOURCE OF FUNDS | |
| FSB(PROPOSED FO GTE, 235,000 @ 9.0% FOR 20 YEARS) | 4593 | 21150 | 0 25743 | 6/30 ANNUALLY | | 0 0 |
| FSB(PROPOSED OL GTE, 40,000 @ 9.0% FOR 15 YR W/7 YR BALLOON) | 1362 | 3600 | 0 4962 | 11/30 ANNUALLY | LIVESTOCK, CROPS, GOVT PAYMENTS, NON-FARM INCOME | 0 0 |
| FSB(PROPOSED GTE LVSK LOC) | 298200 | 20131 | 318331 | 365 DAYS FROM ADV | | 0 |
| FSB(PROPOSED GTE EXP LOC) | 70900 | 4148 | 75048 | 365 DAYS FROM ADV | | 0 |
| HARRIS(EXISTING VEHICLE LOAN) | 5214 | 2478 | 7692 | MONTHLY | | 0 |
| HONDA(EXISTING 4 WHEELER LOAN) | 583 | 515 | 1098 | MONTHLY | | 0 |
| | | | 0 | | | 0 |
| | | | 0 | | | 0 |
| | | | 0 | | | 0 |
| ING. & SOC. SEC. TAXES | | | 0 | | | 0 |
| TOTAL | 380852 | 52022 | 432874 | | | 0 |

I agree to follow this plan and to discuss with the County Supervisor any important changes that may become necessary. This instrument is a prospective plan only and does not release the security interest of the government in any security referred to in this plan.

"I RECOGNIZE THAT MAKING ANY FALSE STATEMENT ON THIS FARM AND HOME PLAN OR ANY OTHER LOAN DOCUMENT MAY CONSTITUTE A VIOLATION OF FEDERAL CRIMINAL LAW."

Signature of Applicant/Borrower: _Sharon Wilson Trent Wilson_     Date: 11/4/09

Signature of County Supervisor: _____     Date: _____

## CASH FLOW – RESALE LIVESTOCK

Borrower: Trent Wilson  
Date: 10/19/2009  
Fiscal Year Begins: Oct-09  

Average Line of Credit Principal Balance = 202846

| ITEM | Oct-09 | Nov-09 | Dec-09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning OL Balance | 250000 | | | | | | | | | | | | |
| Cash Carry Over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Crops | | | | | | | | | | | | | 0 |
| Livestock | 235,871 | | 74,702 | | | 111,112 | 110,484 | 30,760 | 30,760 | 30,760 | 216,574 | 45,197 | 886,220 |
| ASCS | | | | | | | | | | | | | 0 |
| Royalty | | | | | | | | | | | | | 0 |
| Wages | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | 0 |
| Total Cash Available | 235,871 | 0 | 74,702 | 0 | 0 | 111,112 | 110,484 | 30,760 | 30,760 | 30,760 | 216,574 | 45,197 | 886,220 |
| Family Living | | | | | | | | | | | | | 0 |
| Hired Labor | | | | | | | | | | | | | 0 |
| Machinery Repair | | | | | | | | | | | | | 0 |
| Rent | | | | | | | | | | | | | 0 |
| Feed | | | | | | | | | | | | | 0 |
| Seed | | | | | | | | | | | | | 0 |
| Fertilizer | | | | | | | | | | | | | 0 |
| Pesticides and Spraying | | | | | | | | | | | | | 0 |
| Supplies | | | | | | | | | | | | | 0 |
| Livestock Expense | | | | | | | | | | | | | 0 |
| Machinery Hire | | | | | | | | | | | | | 0 |
| Fuel & Oil | | | | | | | | | | | | | 0 |
| Property Taxes | | | | | | | | | | | | | 0 |
| Water Charges | | | | | | | | | | | | | 0 |
| Property Insurance | | | | | | | | | | | | | 0 |
| Auto & Truck | | | | | | | | | | | | | 0 |
| Utilities | | | | | | | | | | | | | 0 |
| Legal & Accounting | | | | | | | | | | | | | 0 |
| Feeder Livestock Purchases | 167580 | 23275 | 23275 | 23275 | | 163836 | 33982 | | | | | | 435243 |
| Operating Interest @ 9.00% | 1875 | 1592 | 1779 | 1626 | 1813 | 1827 | 2236 | 2033 | 1865 | 1697 | 1527 | 263 | 20131 |
| Carry Over Bills | | | | | | | | | | | | | 0 |
| Total Operating Expense | 169455 | 24867 | 25054 | 24901 | 1813 | 165683 | 36218 | 2033 | 1865 | 1697 | 1527 | 263 | 455374 |
| Capital Expenditures | | | | | | | | | | | | | 0 |
| Gross Profit from Resale Lvsk | 28690 | | 29335 | | | | 47166 | 6417 | 6418 | 6418 | 46480 | 9922 | 180846 |
| Tax (Income & Soc. Security) | | | | | | | | | | | | | 0 |
| Total Cash Required | 198145 | 24867 | 54389 | 24901 | 1813 | 165683 | 83384 | 8450 | 8283 | 8115 | 48007 | 10185 | 636220 |
| Cash Surplus/Deficit | -212274 | -24867 | 20313 | -24901 | -1813 | -54571 | 27100 | 22310 | 22477 | 22645 | 168567 | 35012 | 0 |
| Loan Credit Needs | 212274 | 24867 | -20313 | 24901 | 1813 | 54571 | -27100 | -22310 | -22477 | -22645 | -168567 | -35012 | 0 |
| Operating Loan Balance | 212274 | 237141 | 216828 | 241729 | 243542 | 298112 | 271012 | 248702 | 226225 | 203580 | 35013 | 0 | 2434157 |
| Cash Carry Over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CASH FLOW - YEAR #1 & TYPICAL

Borrower: Treal Wilson
Date: 10/19/2009
Fiscal Year Begins: Oct-09

Average Line of Credit Principal Balance = 46693

| ITEM | Oct-09 | Nov-09 | Dec-09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning OL Balance | 40671 | | | | | | | | | | | | |
| Cash Carry Over | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Crops | | | | | | | | | | | | | 0 |
| Livestock | | | | | | | | | | | | | 0 |
| ASCS | 667 | | | | | 667 | | | | | | | 1,334 |
| Royalty | | | | | | | | | | | | | 0 |
| Wages | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 14,400 |
| Gross Profit from Resale Lvsk | 28,690 | 0 | 29,335 | 0 | 0 | 0 | 47,166 | 6,417 | 6,418 | 6,418 | 46,480 | 9,922 | 180,846 |
| Custom Income | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 372 | 4,464 |
| Total Cash Available | 30,929 | 1,572 | 30,907 | 1,572 | 1,572 | 2,239 | 48,738 | 7,989 | 7,990 | 7,990 | 48,052 | 11,494 | 201,044 |
| Family Living | 3100 | 3100 | 3100 | 3100 | 3100 | 3100 | 3100 | 3100 | 3100 | 3100 | 3100 | 3100 | 37200 |
| Hired Labor | | | | | | | | | | | | | 0 |
| Machinery Repair | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 12000 |
| Rent | 2720 | | | | | | 6780 | | | 7000 | | 3600 | 20100 |
| Feed | 10000 | | | | | | 10000 | | 10000 | | 10000 | | 40000 |
| Seed | | | | | | | | | | | | | 40000 |
| Fertilizer | | | | | | | | | | 100 | 400 | | 500 |
| Pesticides and Spraying | | | | | | | | | | | | | 0 |
| Supplies | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1200 |
| Livestock Expense | 1000 | 1000 | 1000 | 1000 | 1000 | 400 | 1600 | 1000 | 1000 | 1000 | 1000 | 1000 | 12000 |
| Machinery Hire | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6000 |
| Fuel & Oil | 1950 | 1950 | 1950 | 1950 | 1950 | 1950 | 1950 | 1950 | 1950 | 1950 | 1950 | 1950 | 23400 |
| Property Taxes | 2000 | | | | | | | | | | | | 2000 |
| Water Charges | | | | | | | | | | | | | 0 |
| Property Insurance | | 3200 | | | | | | | | | | | 3200 |
| Auto & Truck | | | | | | | | | | | | | 0 |
| Utilities | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3600 |
| Legal & Accounting | | | | | 1000 | | | | | | | | 1000 |
| Misc - Other | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2400 |
| Operating Interest @ 9.00% | 305 | 252 | 333 | 170 | 227 | 291 | 331 | 367 | 376 | 461 | 524 | 312 | 4148 |
| Carry Over Bills | | | | | | | | | | | | | 0 |
| Total Operating Expense | 23175 | 11602 | 8483 | 8320 | 9377 | 7841 | 26061 | 8517 | 18526 | 15711 | 19074 | 12062 | 168740 |
| Capital Expenditures | | | | | | | | | | | | | 0 |
| Debt Repayment | 733 | 733 | 733 | 733 | 733 | 26476 | 733 | 733 | 733 | 733 | 733 | 5695 | 39501 |
| Tax (Income & Soc. Security) | | | | | | | | | | | | | 0 |
| Total Cash Required | 23908 | 12335 | 9216 | 9053 | 10110 | 34317 | 26794 | 9250 | 19259 | 16444 | 19807 | 17757 | 208249 |
| Cash Surplus/Deficit | -33650 | -10763 | 21691 | -7481 | -8538 | -32078 | 21944 | -1261 | -11269 | -8454 | 28245 | -6263 | -47876 |
| Loan Credit Needs | 33650 | 10763 | -21691 | 7481 | 8538 | 32078 | -21944 | 1261 | 11269 | 8454 | -28245 | 6263 | 47876 |
| Operating Loan Balance | 33650 | 44413 | 22723 | 30204 | 38741 | 70819 | 48875 | 50136 | 61405 | 69858 | 41613 | 47876 | 560314 |
| Cash Carry Over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |