GTE4-1-2.WK1

# FARM AND HOME PLAN

| | | |
|---|---|---|
| NAME | WILSON, TRENT | |
| AGE OF PERSONS OF HOUSEHOLD | Applicant 8/18/1962 | |
| City or Tex ID NO. | 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 | |
| Telephone Number | 580-938-2488 | |
| Spouse | 8/18/1910 | |
| Kids 1.00 | DaughNers 1.00 | Others |

PERIOD COVERED BY PLAN: FROM 4/1/10 THRU 03/31/11
DATE OF BALANCE SHEET: 04/07/10
ACRES OWNED TOTAL 80.00 CROP 0.00

## A. BALANCE SHEET

| CURRENT FARM ASSETS | | | $VALUE | CURRENT FARM LIABILITIES | Past Due | $AMOUNT |
|---|---|---|---|---|---|---|
| Cash Savings: (5  Ick:)$ | | | $0 | Accts & Notes Pay.(Creditor & Due Date) | | |
| Othr Invstm'm Ccrl($     (Othrs | | | $0 | FSB(01469) | | $36,000 |
| Accounts and Notes Receivable: | | | | FSB(01470) | | $200,004 |
| Crops and Feed | Units | Value/Unit | | FSB(01471) | | $92,017 |
| HAY | 10.00 | 40.00 | $400 | FSB(01472) | | $45,769 |
| HAY (TONS) | 25.00 | 90.00 | $2,250 | FSB(66273) | | $12,272 |
| SUPPLEMENT FEED (TONS) | 2.00 | 200.00 | $400 | FSB(66532) | | $31,917 |
| | | | $0 | FSB(66224) | | $36,971 |
| Lvstk to be sold | Units | Unit Wt | Value/Unit | FSB(66779) | | $11,242 |
| RS STOCK(HFR) | 112.00 | 450.00 | 1.13 | 656,852 FSB(67114) | | $34,123 |
| RS STOCK(ST) | 38.00 | 450.00 | 1.30 | $22,230 CHASE(41057735238384) | | $2,105 |
| RS STOCK(ST/HFR) | 172.00 | 675.00 | 1.04 | $120,744 B OF N(5490356454716253) | | $10,098 |
| RS STOCK(ST) | 130.00 | 500.00 | 1.24 | $80,600 APPLIED BANK(2 CC) | | $9,065 |
| RS BSTOC(ST/HFR) | 25.00 | 450.00 | 1.22 | $13,725 CAPITOL ONE(CC) | | $3,110 |
| | | | | $0 CCC Loans(Security             )(DUE DATE         ) | | |
| | | | | $0 Current Portion of Principal Due on: | | |
| | | | | $0 Intermediate Liabilities | | |
| | | | | $0 Long Term Liabilities | | |
| Growing Crops | Acres | Cost/Acre | | Accrued Interest on: | | |
| WHEAT | 60.00 | 30.00 | $2,400 | Accounts and Notes Payable | | |
| | | | | $0 Intermediate Liabilities | | |
| | | | | $0 Long Term Liabilities | | |
| | | | | $0 Accrued Taxes | | |
| Supplies & Prepaid Expenses | | | | Income Tax & Social Security | | |
| Leases | | | | Other (Judgments, liens, etc.) | | |
| Other | | | | Accrued Rent/Lease Payments | | |
| TOTAL CURRENT FARM ASSETS | | | $299,701 | TOTAL CURRENT FARM LIABILITIES | | $670,689 |

| INTERMEDIATE FARM ASSETS | | | | INTERMEDIATE FARM LIABILITIES (portion due beyond 12 months) | | | |
|---|---|---|---|---|---|---|---|
| Accounts & Notes Receivable beyond 12 months | | | | Creditor | Due Date | Int Rate | Amt Del. |
| Breeding Livestock | Units | Value/Unit | | AHM(HONDA)($92/MO) | MO | 15.20 | $3,080 |
| | | | $0 | HARRIS($641/MO, VEHICLE) | 72 MO | 6.85 | 0.00 | $29,885 |
| | | | $0 | | | | |
| | | | $0 | | | | |
| | | | $0 | | | | |
| Machinery, Equipment, Vehicles | | | $75,600 | | | | |
| Cash Value, Life Ins, (Face Amt. $ | | | $0 | CCC Grain Reserve | | | |
| CCC Grain Res: (Qty.     /Val/Unit | | | $0 | Facilities | Pmt. $ | | |
| Coop Stock | | | $0 | Loan Secured by Life Insurance | | | |
| Other | | | $0 | Other | | | |
| TOTAL INTERMEDIATE FARM ASSETS | | | $75,600 | TOTAL INTERMEDIATE FARM LIABILITIES | | | $32,766 |

| LONG TERM FARM ASSETS (Farm Real Estate) | | | | LONG TERM FARM LIABILITIES (portions due beyond 12 months) | | | |
|---|---|---|---|---|---|---|---|
| Total Acres | Date Pur | Cost | | Creditor | Due Date | Int Rate | Amt Del. |
| 80 ACRE ELLIS CO RE & HOME | | | 101500.00 | | | | |
| 160 ACRES PLEDGED ELLIS CO RE | | | 134000.00 | | | | |
| | | | | | | | |
| Coop Stock | | | | | | | |
| Equity in Private/Corp/Ltl Oper/Coop | | | | | | | |
| Other | | | | Other | | | |
| TOTAL LONG TERM FARM ASSETS | | | 235500.00 | TOTAL LONG TERM FARM LIABILITIES | | | $0 |

| TOTAL FARM ASSETS | | | 610701.00 | TOTAL FARM LIABILITIES | | | $603,454 |

DEFENDANT'S EXHIBIT 3

EXHIBIT 13

Form FmHA 431-2   A. BALANCE SHEET (continued)

NAME OF APPLICANT/BORROWER:

| NONFARM ASSETS | $ VALUE | NONFARM LIABILITIES | | | | $ AMOUNT |
|---|---|---|---|---|---|---|
| Real Estate | | Nonfarm accounts payable | | | | |
| Car, Rec. Vehicles, etc. | | | | | | |
| Household goods | $5,000 | | | | | |
| Cash Value of Life Ins. | | Nonfarm notes payable | | | | |
| Stocks, bonds, and other | | | Due Date | Int. Rate | Annual Instal. | Principal Balance |
| Nonfarm Business | | Name of Creditor | | | | |
| 2 HORSES | $1,500 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL NONFARM LIABILITIES | $0 |
| | | | | | TOTAL LIABILITIES | $603,454 |
| TOTAL NONFARM ASSETS | $6,500 | | | | NET WORTH | $13,747 |
| TOTAL ASSETS | 617201.00 | | | | TOTAL LIAB. AND NET WORTH | $617,201 |

The above information is furnished for the purpose of securing and maintaining credit and is certified to be complete and correct. The undersigned authorizes the FmHA to make all inquiries deemed necessary to verify the accuracy of the information contained above to determine my credit-worthiness and to answer questions about their credit experience with me. I agree to notify FmHA promptly to any material changes to the above. I recognize that making any false statement on this Farm and Home Plan or any other loan document may constitute a violation of criminal law.

Signature of Applicant/Borrower/Entity Member: [signature]   Date: 4-7-10

1. Total of Cash On Hand, Crops and Livestock for Immediate Sale, and Income To Be Received in Immediate Future
2. Debts and Expenses We Will Pay From Above Cash and Income (Itemize)
3. Cash Carry-Over for Next Year's Operations After Paying These Debts — 0.00
4. Net Worth (Total Prop. Owned Minus Total All Debts)
5. Total Land Debt
6. Total Debts Other Than Land

|  | Beginning of Year | End of Year | Incr. or Decr. (FmHA use only) |
|---|---|---|---|
| | | | |

B. RENTAL AND LEASE INFORMATION

| Land-General Description | Landlord | Acres Total | Acres Crop | Type of Lease | | Annual Cash Rent | CROP SHARE | EXP. DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | SEE ATTATCHED SCHEDULE | | | | |
| | | | | | | | | |
| | TOTAL | | | | TOTAL: | | | |

| Other Items-Description | Owner | No. of Units | Type of Lease | | Annual Payment | Exp. Date |
|---|---|---|---|---|---|---|
| | | | | | | |

NOTE: All "Actual" data to be completed by end of crop year.

C. IMPROVEMENTS AND KEY PRACTICES - FARM, HOME AND FINANCIAL MANAGEMENT

| Crops; Soil; Livestock; Financial Mgt.; Maint.; Repairs; Food Prod. and Conservation; Health, Home, Environ., Community and Rural Dev. Activities, Etc. | When To Do It | Source of Funds | ACTUAL ACCOMPLISHMENTS |
|---|---|---|---|
| | | | |
| | | | |

Type of Analysis(   )Month